# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0074. CHAD MICHAEL BUBRICK v. JASMIN A. MARTINEZ-BUBRICK.

In August 2021, the trial court entered a twelve-month family violence protective order against Chad Michael Bubrick. Months later, Bubrick filed pro se motions to set aside and vacate the protective order and for an out-of-time appeal. The trial court subsequently dismissed the motion to vacate the protective order and denied the motion for an out-of-time appeal. Bubrick filed an application for discretionary review, which this Court dismissed as untimely. See *Bubrick v. Martinez-Bubrick*, Case No. A22D0356 (decided May 11, 2022).

During and following his appeal in Case No. A22D0356, Bubrick filed several pro se motions in the trial court including: a motion to invoke the relation-back doctrine; two motions for reconsideration of the order denying the motion to set aside and vacate the protective order; "Motion to Amend Habeas Corpus and Order Granting Petitioner Pro Se Status"; and a motion for an out-of-time appeal and request for evidentiary hearing. On August 8, 2022, the trial court denied the motion to invoke the relation-back doctrine and the two motions for reconsideration, and dismissed the remaining motions. Bubrick filed this application for discretionary review on September 14, 2022.[1] We, however, lack jurisdiction.

Bubrick's application is untimely. A discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*,

---

[1] Bubrick asserts in his application that he also filed a notice of appeal, although that appeal has not yet been docketed in this Court.

204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Bubrick filed the instant application 37 days after the trial court's order. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/06/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*